# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                :         CHAPTER 13

Terrance Maurice Webster

    DEBTOR                       :         BKY. NO:   23- 13269-amc

## CERTIFICATION OF SERVICE

I, Michael A. Cibik, Esquire, attorney for Debtor, do hereby certify that all creditors, trustee, and any interested parties were served by Electronic Means and/or First-Class Mail, a copy of the Chapter 13 Plan.

                                            Respectfully Submitted,

Date:   12/4/2023                  /s/Michael A. Cibik
                                          MICHAEL A. CIBIK, ESQUIRE
                                          CIBIK LAW, P.C.
                                          1500 WALNUT STREET, STE. 900
                                          PHILADELPHIA, PA   19102
                                          (215) 735-1060