IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

IN RE:                                                    )
                                                          ) 23-13269 (AMC)
TERRANCE MAURICE WEBSTER                                  )
                                                          ) Chapter 13
    **Debtor(s)**                                       )
                                                          )
_____                   )

## CERTIFICATE OF SERVICE

WILLIAM E. CRAIG, attorney for Prestige Financial Services, Inc. hereby certifies as follows:

1. I am the attorney for Prestige Financial and am fully familiar with the facts of this case.

2. On January 12, 2024, I served by electronic means and by regular mail, a copy of the Objection To Confirmation to the following individuals:

| Debtor | Debtor's Attorney |
|---|---|
| Terrance Maurice Webster | Michael A. Cibik, Esq. |
| 1137 S 56th St | Cibik Law, P.C. |
| Philadelphia, PA 19143 | 1500 Walnut Street |
| | Suite 900 |
| | Philadelphia, PA 19102 |

| Office of the US Trustee | Trustee |
|---|---|
| Office of the U.S. Trustee | Kenneth E. West |
| Robert N.C. Nix Federal Building | Office of the Chapter 13 Standing Trustee |
| Suite 320 | 1234 Market Street |
| Philadelphia, PA 19107 | Suite 1813 |
| | Philadelphia, PA 19107 |

Date: 1/12/24

        /s/ William E. Craig
        William E. Craig
        Morton & Craig LLC
        110 Marter Ave., Suite 301
        Moorestown, NJ 08057
        (856) 866-0100
        Bar I.D. 92329 - Pennsylvania