**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE                                              :Chapter 13
**Terrance Maurice Webster**


   (DEBTOR)                                        :Bankruptcy#23-13269-amc


<u>PRAECIPE</u>


TO THE CLERK OF THE U.S. BANKRUPTCY COURT:

      Kindly withdraw the Application for Compensation document **#25**, we filed in the above-referenced case on or about February 7, 2024.



DATED: February 7, 2024        <u>/s/ Michael A. Cibik</u>
                               Michael A. Cibik, Esquire
                               Cibik Law, P.C.
                               1500 Walnut Street, Suite 900
                               Philadelphia, PA 19102
                               (215) 735-1060