UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE** <br><br> **TERRANCE MAURICE WEBSTER** <br><br> **Debtor** | Case Number: 23-13269-amc <br><br> Judge: Hon. Ashely M. Chan <br><br> Hearing Date: **03/12/2024** <br> Time: **11:00 a.m.** <br> Place: **Courtroom #4** |

# ORDER

Upon the motion of THOMAS R. DOMINCZYK, Esquire of the firm of MAURICE WUTSCHER, LLP, on behalf of the secured creditor, TRANSPORT FUNDING, LLC for adequate protection payments as to certain property as hereinafter set forth, and for cause shown,

It is on this _____ day of _____, 2024;

**1.** ORDERED that the Chapter 13 Trustee shall make monthly adequate protection payments of $1,000.00 to Transport Funding effective February 9, 2024 and continuing until such time as the Chapter 13 Trustee begins to make payments to secured creditors after confirmation with the Debtor being given a credit toward the secured claim for adequate protection payments that are paid.

**2.** **ORDERED** that the movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

Description of Subject Property
2017 Kenworth T680 Tractor, VIN: 1XKYDP9X0HJ139121

_____
**Hon. Ashely M. Chan, U.S.B.J.**