UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE<br><br>**TERRANCE MAURICE WEBSTER**<br><br>**Debtor** | Case Number: 23-13269-amc<br><br>Judge: Hon. Ashely M. Chan<br><br>Hearing Date: **03/12/2024**<br>Time: **11:00 a.m.**<br>Place: **Courtroom #4** |

## CERTIFICATE OF SERVICE

I, THOMAS R. DOMINCZYK, ESQUIRE, hereby certify that on this date I have caused a true and correct copy of the foregoing of TRANSPORT FUNDING, LLC's Consent Motion for Adequate Protection Payments, by United States first class mail, postage pre-paid or via electronic filing upon:

MICHAEL A. CIBIK, ESQ.
1500 WALNUT STREET
SUITE 900
PHILADELPHIA, PA 19102

KENNETH E. WEST, ESQ.
CHAPTER 13 TRUSTEE
1234 MARKET STREET
SUITE 1813
PHILADELPHIA, PA 19107

TERRANCE MAURICE WEBSTER
1137 S. 56TH STREET
PHILADELPHIA, PA 19143

BRAD G. KUBISIAK, ESQ.
DEPUTY ATTORNEY GENERAL
1600 ARCH STREET, SUITE 300
PHILADELPHIA, PA 19103

WILLIAM E. CRAIG, ESQ.
MORTON & CRAIG, LLC

110 MARTER AVE., SUITE 301
MOORESTOWN, NJ 08057

Date: February 9, 2024

/s/ Thomas R. Dominczyk
THOMAS R. DOMINCZYK, ESQ.