IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| In re: TERRANCE MAURICE WEBSTER )<br>**Debtor(s)** )<br> )<br>PRESTIGE FINANCIAL SERVICES, INC. )<br>**Moving Party** )<br> )<br>v. )<br> )<br>TERRANCE MAURICE WEBSTER )<br>**Respondent(s)** )<br> )<br>KENNETH E. WEST )<br>**Trustee** )<br> )<br> )<br> ) | CHAPTER 13<br><br>Case No.: 23-11317 (AMC) |

## ORDER APPROVING STIPULATION

IT IS HEREBY ORDERED that the Stipulation between Prestige Financial Services and the Debtor in settlement of the Objection To Confirmation, and filed on or about February 17, 2024 in the above matter is APPROVED.

Dated:

BY THE COURT:

_____
UNITED STATES BANKRUPTCY JUDGE