# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Bankruptcy No. 23-13269-amc |
| | : | |
| Terrance Webster | : | Chapter 13 |
| | : | |
| Debtor | : | |

## PRAECIPE TO WITHDRAW DOCKET ENTRY #31

TO THE CLERK OF THE U.S. BANKRUPTCY COURT:

Kindly withdraw the Chapter 13 Plan Filed by Commonwealth of Pennsylvania, Department of Revenue, Docket Entry #31, filed in the above-referenced matter on February 14, 2024.

Respectfully submitted,

MICHELLE A. HENRY
Attorney General

Date:   February 20, 2024                By: _____
                                             BRAD G. KUBISIAK
COMMONWEALTH OF PENNSYLVANIA                 Deputy Attorney General
OFFICE OF ATTORNEY GENERAL                   Attorney I.D. No. 315714
1600 Arch Street, Suite 300
Philadelphia, PA 19103
Tel: (215)560-2133                           MELISSA L. VAN ECK
Fax: (717) 772-4526                          Chief Deputy Attorney General
Email: bkubisiak@attorneygeneral.gov         Financial Enforcement Section