### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Bankruptcy No. 23-13269-amc |
| | : | |
| Terrance Webster | : | Chapter 13 |
| | : | |
| Debtor | : | |

### CERTIFICATE OF SERVICE

I, Brad G. Kubisiak, hereby certify that *Commonwealth of Pennsylvania, Department of Revenue's Objection to Confirmation of Debtor's Chapter 13 Plan dated December 4, 2023* has been filed electronically on this day, and is available for viewing and downloading from the Court's Electronic Case Filing System. I further certify that I have served the foregoing document via email only on the following:

Michael A. Cibik
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
(215) 735-1060
Email: help@cibiklaw.com
*Counsel for Debtor*

Kenneth E. West
1234 Market Street, Suite 1813
Philadelphia, PA 19107
(215) 627-1377
Email: ecfemails@ph13trustee.com
*Chapter 13 Trustee*

MICHELLE A. HENRY
Attorney General

Date:  February 14, 2024

COMMONWEALTH OF PENNSYLVANIA
OFFICE OF ATTORNEY GENERAL
1600 Arch Street, Suite 300
Philadelphia, PA 19103
Tel: (215)560-2133
Fax: (717) 772-4526
Email: bkubisiak@attorneygeneral.gov

By: _____
BRAD G. KUBISIAK
Deputy Attorney General
Attorney I.D. No. 315714

MELISSA L. VAN ECK
Chief Deputy Attorney General
Financial Enforcement Section