IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| In re: TERRANCE MAURICE WEBSTER )<br>**Debtor(s)** )<br> )<br>PRESTIGE FINANCIAL SERVICES, INC. )<br>**Moving Party** )<br> )<br>v. )<br> )<br>TERRANCE MAURICE WEBSTER )<br>**Respondent(s)** )<br> )<br>KENNETH E. WEST )<br>**Trustee** )<br> )<br> )<br> ) | CHAPTER 13<br><br>Case No.: 23-13269 (AMC) |

## **PRAECIPE WITHDRAWING STIPULATION OF SETTLEMENT**

**TO THE CLERK OF BANKRUPTCY COURT:**

Kindly withdraw the Stipulation Of Settlement filed on or about February 17, 2024 in the above-referenced case, number 32 on the docket.

Date: 2/22/24

/s/ William E. Craig
William E. Craig, Esquire
Attorney ID 92329
Eisenberg Gold & Agrawal, P.C.
1040 Kings Highway North #200
Cherry Hill, NJ 08034
Phone (856) 330-6200
Fax (856) 330-6207
Attorney for Prestige Financial Services