United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-13269-amc |
| Terrance Maurice Webster | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Feb 29, 2024 | Form ID: pdf900 | Total Noticed: 3 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 02, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Terrance Maurice Webster, 1137 S 56th St, Philadelphia, PA 19143-4045 |
| cr | + | Commonwealth of Pennsylvania, Department of Revenu, Office of Attorney General, c/o Brad G. Kubisiak, The Phoenix Building, 1600 Arch Street, Suite 300 Philadelphia, PA 19103-2016 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: bankruptcy@gopfs.com | Mar 01 2024 00:38:00 | Prestige Financial Services, Inc., PO Box 26707, Salt Lake City, UT 84126-0707 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 02, 2024      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 29, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRAD KUBISIAK | |
| | on behalf of Creditor Commonwealth of Pennsylvania  Department of Revenue bkubisiak@attorneygeneral.gov |
| KENNETH E. WEST | |
| | ecfemails@ph13trustee.com  philaecf@gmail.com |
| MICHAEL A. CIBIK | |
| | on behalf of Debtor Terrance Maurice Webster help@cibiklaw.com |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Feb 29, 2024 | Form ID: pdf900 | Total Noticed: 3 |

|  |  |
|---|---|
| | noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| THOMAS R. DOMINCZYK | on behalf of Creditor Transport Funding  LLC tdominczyk@mauricewutscher.com, thomas-dominczyk-5025@ecf.pacerpro.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM EDWARD CRAIG | on behalf of Creditor Prestige Financial Services  Inc. wcraig@egalawfirm.com, mortoncraigecf@gmail.com |

TOTAL: 6

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

In re: TERRANCE MAURICE WEBSTER )
    **Debtor(s)** )
     )   CHAPTER 13
PRESTIGE FINANCIAL SERVICES, INC. )
    **Moving Party** )   Case No.: 23-13269 (AMC)
     )
  v. )
     )
TERRANCE MAURICE WEBSTER )
    **Respondent(s)** )
     )
KENNETH E. WEST )
    **Trustee** )

**ORDER APPROVING STIPULATION**

    IT IS HEREBY ORDERED that the Stipulation between Prestige Financial Services and the Debtor in settlement of the Objection To Confirmation, and filed on or about February 22, 2024 in the above matter is APPROVED.

Dated: Feb. 29, 2024

BY THE COURT:

_____
UNITED STATES BANKRUPTCY JUDGE