UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE**<br><br>**TERRANCE MAURICE WEBSTER**<br><br>**Debtor** | Case Number: 23-13269-amc<br><br>Judge: Hon. Ashely M. Chan<br><br>Hearing Date: **03/12/2024**<br>Time: **11:00 a.m.**<br>Place: **Courtroom #4** |

### CERTIFICATE OF NO ANSWER

I, Thomas Dominczyk, Esquire, attorney for Transport Funding, LLC, hereby certify that no answer has been filed to Transport Funding, LLC's Motion for Adequate Protection Payments in the above matter.   No answer having been filed, kindly sign the proposed form of Order.

        MAURICE WUTSCHER, LLP
        Attorneys for Secured Creditor
        Transport Funding, LLC


        By: /s/ Thomas R. Dominczyk
        Thomas R. Dominczyk
        For the Firm
        Maurice Wutscher, LLP
        5 Walter E. Foran Blvd., Suite 2007
        Flemington, NJ 08822
        (908) 237-4550


DATE: March 7, 2024