UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re:                                              Chapter 13
       TERRANCE MAURICE WEBSTER

                                                    Bankruptcy No. 23-13269-AMC


              Debtor

CERTIFICATE OF SERVICE

        I, Kenneth E. West, Esq., do hereby certify that true and correct copies of the foregoing
*Trustee's Motion to Dismiss Pursuant to 11 U.S.C. Section 1307* and *Notice of Motion, Response
Deadline and Hearing Date Pursuant to Local Bankruptcy Rule 9014-3* have been served this
2nd day of April, 2024 by first class mail upon those listed below:

TERRANCE MAURICE WEBSTER
1137 S 56TH ST
PHILADELPHIA, PA  19143

**Electronically via ECF/System ONLY:**

MICHAEL A CIBIK, ESQ

Office of the United States Trustee
Robert N.C. Nix Federal Courthouse
900 Market Street, Suite 320
Philadelphia, PA  19107


                                          */s/ Kenneth E. West, Esq.*
                                          Kenneth E. West, Esq.
                                          Standing Chapter 13 Trustee