United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Terrance Maurice Webster  
    Debtor

Case No. 23-13269-amc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 3  
Date Rcvd: Jul 17, 2024      Form ID: pdf900      Total Noticed: 33

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 19, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Terrance Maurice Webster, 1137 S 56th St, Philadelphia, PA 19143-4045 |
| cr | + | Commonwealth of Pennsylvania, Department of Revenu, Office of Attorney General, c/o Brad G. Kubisiak, The Phoenix Building, 1600 Arch Street, Suite 300 Philadelphia, PA 19103-2016 |
| 14836380 | + | Commonwealth of PA, Dept. of Revenue, c/o Brad G. Kubisiak, Esquire, Office of Attorney General, 1600 Arch Street, Suite 300, Philadelphia, PA 19103-2016 |
| 14836492 | + | Commonwealth of Pennsylvania, C/O Brad G. Kubisiak, The Phoenix Building, 1600 Arch Street, Ste. 300, Philadelphia, PA 19103-2016 |
| 14828641 | + | Lincoln Technical Institute, Attn: Bankruptcy 9191 Torresdale Avenue, Philadelphia, PA 19136-1595 |
| 14828647 | | Philadelphia Municipal Court, Traffic Division, 800 Spring Garden St, Philadelphia, PA 19123-2616 |
| 14846000 | + | Prestige Financial Services, Inc., C/O William E. Craig, 110 Marter Avenue, Ste. 301, Moorestown, NJ 08057-3124 |
| 14836830 | + | Thomas R. Dominczyk, 5 Walter E. Foran, Suite 2007, Flemington, NJ 08822-4674 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jul 18 2024 00:23:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| 14828638 | | Email/Text: megan.harper@phila.gov | Jul 18 2024 00:23:00 | City of Philadelphia, Municipal Services Building, 1401 John F Kennedy Blvd Fl 5, Philadelphia, PA 19102-1617 |
| 14828636 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 18 2024 00:32:59 | Capital One, Attn: Bankruptcy, PO Box 30258, Salt Lake City, UT 84130-0258 |
| 14828637 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 18 2024 00:33:09 | Capitalone, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 14827426 | + | Email/Text: bankruptcy@cavps.com | Jul 18 2024 00:23:00 | Cavalry SPV I, LLC, PO Box 4252, Greenwich, CT 06831-0405 |
| 14828639 | | Email/Text: bankruptcy@philapark.org | Jul 18 2024 00:23:00 | City of Philadelphia, Parking Violation Branch, PO Box 41819, Philadelphia, PA 19101-1819 |
| 14828640 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jul 18 2024 00:23:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14828642 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Jul 18 2024 00:23:00 | Navy FCU, Attn: Bankruptcy, PO Box 3000, Merrified, VA 22119-3000 |
| 14833523 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Jul 18 2024 00:23:00 | Navy Federal Credit Union, P.O. Box 3000, Merrifield, VA 22119-3000 |
| 14828643 | | Email/PDF: cbp@omf.com | Jul 18 2024 00:36:15 | OneMain Financial, PO Box 3251, Evansville, IN 47731-3251 |
| 14828644 | | Email/Text: fesbank@attorneygeneral.gov | Jul 18 2024 00:23:00 | Pennsylvania Attorney General, 16th Floor, Strawberry Square, Harrisburg, PA 17120-0001 |
| 14828645 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | | |

Case 23-13269-amc    Doc 52    Filed 07/19/24    Entered 07/20/24 00:34:27    Desc Imaged
Certificate of Notice    Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jul 17, 2024 | Form ID: pdf900 | Total Noticed: 33 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Jul 18 2024 00:23:00 | Pennsylvania Department of Revenue, Bankruptcy Division, 1 Revenue Pl, Harrisburg, PA 17129-0001 |
| 14828790 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 18 2024 00:23:00 | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 14828646 | ^ | MEBN | Jul 18 2024 00:08:25 | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 14828648 | | Email/Text: bankruptcy@philapark.org | Jul 18 2024 00:23:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market St, Philadelphia, PA 19106-1538 |
| 14844723 | + | Email/Text: bankruptcy@gopfs.com | Jul 18 2024 00:23:00 | Prestige Financial Services, BANKRUPTCY DEPT, PO BOX 26707, SLC, UT 84126-0707 |
| 14845858 | + | Email/Text: bankruptcy@gopfs.com | Jul 18 2024 00:23:00 | Prestige Financial Services, Inc., PO Box 26707, Salt Lake City, UT 84126-0707 |
| 14828649 | ^ | MEBN | Jul 18 2024 00:08:04 | Prestige Financial Svc, Attn: Bankruptcy, 351 W Opportunity Way, Draper, UT 84020-1399 |
| 14828650 | | Email/Text: ldoering@transportfunding.com | Jul 18 2024 00:23:00 | Transport Funding LLC, 8717 W 110th St Ste 700, Overland Park, KS 66210-2127 |
| 14828652 | | Email/Text: dbogucki@trumark.org | Jul 18 2024 00:23:00 | Trumark Financial Credit Union, Attn: Bankruptcy, 335 Commerce Dr, Ft Washington, PA 19034-2701 |
| 14828651 | + | Email/Text: dbogucki@trumark.org | Jul 18 2024 00:23:00 | Trumark Financial Credit Union, Attn: Bankruptcy, 335 Commerce Dr, Fort Washington, PA 19034-2701 |
| 14828653 | | Email/Text: usapae.bankruptcynotices@usdoj.gov | Jul 18 2024 00:23:00 | U.S. Attorney, Eastern District of Pa., 615 Chestnut St Ste 1250, Philadelphia, PA 19106-4404 |
| 14828654 | ^ | MEBN | Jul 18 2024 00:08:13 | U.S. Department of Justice, 950 Pennsylvania Ave NW, Washington, DC 20530-0009 |
| 14836627 | | Email/Text: EDBKNotices@ecmc.org | Jul 18 2024 00:22:00 | US Department of Education, PO Box 16448, St. Paul, MN 55116-0448 |
| 14828655 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jul 18 2024 00:35:22 | Wells Fargo Bank NA, Attn: Bankruptcy 1 Home Campus MAC X2303, Des Moines, IA 50328-0001 |

TOTAL: 25

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | *+ | Prestige Financial Services, Inc., PO Box 26707, Salt Lake City, UT 84126-0707 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Jul 17, 2024 | Form ID: pdf900 | Total Noticed: 33 |

**the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 19, 2024     Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 17, 2024 at the address(es) listed below:**

**Name** **Email Address**

BRAD KUBISIAK
 on behalf of Creditor Commonwealth of Pennsylvania  Department of Revenue bkubisiak@attorneygeneral.gov

KENNETH E. WEST
 ecfemails@ph13trustee.com  philaecf@gmail.com

MICHAEL A. CIBIK
 on behalf of Debtor Terrance Maurice Webster help@cibiklaw.com
 noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com

THOMAS R. DOMINCZYK
 on behalf of Creditor Transport Funding  LLC tdominczyk@mauricewutscher.com, thomas-dominczyk-5025@ecf.pacerpro.com

United States Trustee
 USTPRegion03.PH.ECF@usdoj.gov

WILLIAM EDWARD CRAIG
 on behalf of Creditor Prestige Financial Services  Inc. wcraig@egalawfirm.com, mortoncraigecf@gmail.com;alapinski@egalawfirm.com

TOTAL: 6

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| Terrance Maurice Webster, | | |
| Debtor(s) | : | Bky. No. 23-13269-amc |

ORDER DISMISSING CHAPTER 13 CASE AND SETTING DEADLINE FOR APPLICATIONS FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES

AND NOW, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Standing Trustee ("the Trustee"), and after notice and hearing, it is hereby ORDERED that:

1. This chapter 13 bankruptcy case is **DISMISSED**.

2. Counsel for the Debtor(s) shall file a master mailing list with the Clerk of the Bankruptcy Court if such has not been previously filed.

3. Any wage orders previously entered are **VACATED**.

4. Pursuant to 11 U.S.C. §349(b)(3), the undistributed chapter 13 plan payments in the possession of the Trustee shall not revest in the entity in which such property was vested immediately before the commencement of the case. All other property of the estate shall revest pursuant to 11 U.S.C. §349(b)(3).

5. All applications for allowance of administrative expenses (including applications for allowance of professional fees) shall be filed within **twenty (20) days** of the entry of this Order.

6. **Promptly after the expiration of the time period set forth in Paragraph 5 above, Counsel for the Debtor(s) shall file either**: (a) a Certification of No Response confirming that neither an objection to the proposed compensation nor an application for administrative expense has been filed or (b) a Certification that an objection or an application has been filed (after which the Clerk shall schedule a hearing on all such applications).reve

7. If no Certification, as required above in Paragraph 6 has been entered on the docket within sixty-three (63) days of the entry of this Order, then the Standing Trustee shall: (a) if any applications for administrative expenses other than Debtor(s)' Counsel's have been filed, request a hearing thereon or (b) if no such applications have been filed, return the undistributed chapter 13 plan payments in his possession to Debtor(s) pursuant to 11 U.S.C. §1326(a)(2).

Dated: July 16, 2024

_____
ASHELY M. CHAN
CHIEF U.S. BANKRUPTCY JUDGE